UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br> Plaintiff-Applicant,<br><br>v.<br><br>GLOBAL ARENA CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 1:16-cv-00620-RWS |

**NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF THE COMPLAINT AND APPLICATION OF THE SECURITIES INVESTOR PROTECTION CORPORATION**

Plaintiff, the Securities Investor Protection Corporation ("SIPC") hereby gives notice of the filing of the following declarations, attached hereto as exhibits, in support of its Complaint and Application [ECF No. 1]:

Exhibit 1.    Declaration of Wayne Kuykendall

Exhibit 2.    Declaration of Gary Trovillion

Exhibit 3.    Declaration of Ronald Primuth

Exhibit 4.    Declaration of Juliet Primuth

Exhibit 5.    Declaration of Raymond Schwetz

Exhibit 6.    Declaration of Robert Meyor Sweet

Exhibit 7.    Declaration of Daniel Parker, Jr. submitted pursuant to Fed. R. Evid. 902(11) and qualifying for admission account statements generated by RBC Capital Markets, LLC ("RBC")

Exhibit 8. Affidavit of Marcia Asquith submitted pursuant to Fed. R. Evid. 902(11) and qualifying for admission Form BD Amendment and other documents filed by GACC with FINRA

Dated: February 2, 2016                            Respectfully submitted,

SECURITIES INVESTOR PROTECTION
 CORPORATION
1667 K Street, N.W., Suite 1000
Washington, DC 20006-1620
Telephone: (202) 371-8300
Facsimile: (202) 223-1679

JOSEPHINE WANG
General Counsel
E-mail: jwang@sipc.org


 s/ Nathanael S. Kelley
NATHANAEL S. KELLEY
Assistant General Counsel
E-mail: nkelley@sipc.org

CHRISTOPHER H. LAROSA
Senior Associate General Counsel-Litigation
E-mail: clarosa@sipc.org